UNITED STATES BANKRUPTCY COURT        SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
FILED

MAY 1 6 2005

Michael N. Milby, Clerk of Court

IN RE:   David G. Williams       §
                                 §
         (Debtor),               §
                                 §   BANKRUPTCY CASE NUMBER
                                 §   __95-20468-M-7__
                                 §
                                 §
                                 §

PETITION FOR UNCLAIMED FUNDS

Farm Service Agency, on behalf of
__Consolidated Farm Service Agency__   hereby petitions the Court for $ __908.32__

being held in the Registry of the Clerk, U.S. Bankruptcy Court as unclaimed funds.

The petitioner did not receive the dividend check in the above case for the following reasons:

The check was misplaced in the safe and only recently found.

The petitioner's current/correct mailing address is:

__Farm Service Agency__

__2514 South I Road, Suite 1__

__Edinburg,   TX    78539-7026__

**Phone No.**  (956) 381-0916

Dated:  May 13, 2005

_____
Petitioner's Signature
ARNULFO E. LERMA
Farm Loan Manager
Farm Service Agency, on behalf of the
Consolidated Farm Service Agency

Unclaimed.fds
06/23/98