IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| IN RE: | § | |
| DAVID G. WILLIAMS | § | |
| | § | CASE NO. 95-20468-M- |
| | § | |
| | § | CHAPTER 7 |

### ORDER STRIKING MOTION TO PAY UNCLAIMED FUNDS #110

On this day it came to the Court's attention that the Creditor herein filed the above document on May 16, 2005. The petition does not conform with the Bankruptcy Local Rules for the following reasons: ALL THE PARTIES WERE NOT PROPERLY SERVED

The Court finds that the document should, therefore, be stricken.

It is, therefore, ORDERED that the pleading described herein, filed by the Creditor, be and the same hereby is, STRICKEN.

At Corpus Christi, Texas.

DATED: 6/9/05

RICHARD S. SCHMIDT
UNITED STATES BANKRUPTCY JUDGE